**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ANDREA JACKSON,** | § | |
| **INDIVIDUALLY, AND AS NEXT** | § | |
| **FRIEND OF MINOR CHILDREN** | § | |
| **NA.J., K.J., AND NI.J.,** | § | **Civil Action No. 1:20-CV-832** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **vs.** | § | |
| | | |
| **DOORDASH INC., ET AL.,** | | |
| *Defendant.* | | |

CERTIFICATION OF EMMA GLAZER

1. "My name is Emma Glazer. I am over twenty-one years of age, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make the below certification.

2. I am the Director of Dasher Marketing for DoorDash Inc.

3. I have reviewed the business records which are made and kept in the regular course of business by DoorDash Inc. Based on my review of the business records and based on my normal work responsibilities, I have personal knowledge of the facts stated in this certification and each of the statements made is based upon my personal knowledge and is true and correct. I have been authorized by DoorDash to make these statements on their behalf.

4. Currently and as of July 6, 2020, DoorDash is and was incorporated under the laws of Delaware with a primary place of business in California."

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 31st day of August 2020.

*Emma S. Glazer*

_____
Emma Glazer