IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANDREA JACKSON, INDIVIDUALLY, AND AS NEXT FRIEND OF MINOR CHILDREN NA.J., K.J., AND NI.J., *Plaintiff,* <br><br> vs. <br><br> DOORDASH INC., ET AL., *Defendant.* | § § § § § § § § § Civil Action No. 1:20-CV-832 |

## CERTIFICATION OF BRENDAN BALTER

1. "My name is Brendan Balter. I am over twenty-one years of age, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make the below certification.

2. I am a resident of California and have resided in California continuously since June 2019. As of July 6, 2020, I had already established permanent residency in the State of California. I currently live in the City of Venice, in Los Angeles County, California.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of August 2020.

_____
Brendan Balter

**EXHIBIT 2**